UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| BRIDGET GORDON )<br>)<br>　PLAINTIFF　)<br>v. 　)<br>　)<br>　)<br>KING FINANCIAL REPAIR, LLC )<br>　)<br>　DEFENDANT )<br>　)<br>_____) | CIVIL ACTION NO. 3:23-CV-99<br>RCJ |

## **DEFENDANT'S MOTION TO DISMISS**

Comes the Defendant, King Financial Repair, LLC ("King"), by counsel, and submits this Motion to Dismiss the Plaintiff's Complaint for failure to state a claim upon which relief may be granted pursuant to FRCP 12.  In support of the motion, King submits the attached Memorandum.

Respectfully submitted,

/s/ Jan M. West_____
Jan M. West
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, KY  40059
jwest@goldbergsimpson.com
PH: (502) 589-4440
FAX: (502) 581-1344
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2023, the foregoing was served via electronic mail to the following:

Chad W. Eisenback, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lambard, IL   60148
ceisenback@sulaimanlaw.com

/s/ Jan M. West_____
Jan M. West, *Counsel for Defendant*