**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| BRIDGET GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>KING FINANCIAL REPAIR, LLC,<br><br>    Defendant. | Case No. 3:23-cv-00099-RGJ-CHL |

**UNOPPOSED MOTION TO EXTEND FACT DISCOVERY DEADLINE**

**NOW COMES** Bridget Gordon ("Plaintiff"), by and through their undersigned counsel, respectfully requests that this Court enter an order extending the Fact Discovery deadline through and including January 16, 2023. In support of her motion, Plaintiff states:

1. On February 28, 2023, Plaintiff filed the instant action against Defendant seeking redress for violations of the Credit Repair Organizations Act ("CROA") under 15 U.S.C. § 1679 *et seq.* [Dkt. 1]

2. On June 15, 2023, this Honorable Court entered an Order setting a fact discovery deadline of November 17, 2023. [Dkt. 19].

3. The parties have been diligently exploring resolving this case short of litigation. That process has included a formal exchange of documents and other information with the aim of resolving the litigation.

4. To date, those efforts have been unsuccessful, but continue to allow the parties to make progress towards an ultimate resolution.

5. The parties are currently in the process of completing discovery. Specifically, Plaintiff and Defendant are currently re-scheduling depositions. Moreover, Plaintiff also issued

an Amended Notice of Deposition to Defendant on October 31, 2023, scheduled to be completed on November 16, 2023. This deposition did not take place due to scheduling conflicts.

6.  The Parties are seeking the extension in good faith and no party will be prejudiced by the extension.

7.  Defendant does not object to the instant request, and believes it will assist in the ultimate resolution of the claims.

**WHEREFORE**, Plaintiff respectfully request that this Court extend the Fact Discovery deadline through and including January 16, 2023 and to set a status hearing after January 16, 2023 to set expert discovery deadlines, if necessary.

Dated: November 17, 2023

Respectfully Submitted,

/s/ *Chad Eisenback*

Chad Eisenback, Esq.
Sulaiman Law Group, Ltd.
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Fax: (630) 575-8188
ceisenback@sulaimanlaw.com
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I, Chad Eisenback, certify that on November 17, 2023, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

/s/ *Chad Eisenback*