**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**BRIDGET GORDON,**

      **Plaintiff,**

v.                                                **CASE NO. 3:23-cv-00099-RGJ-CHL**

**KING FINANCIAL REPAIR, LLC,**

      **Defendant.**

## JOINT STATUS REPORT

The parties to the above-entitled action jointly submit this Joint Status Report pursuant to the Courts Scheduling Order entered on November 29, 2023 [Dkt. 31].

1. **What depositions or other discovery remain to be completed including the dates on which those depositions are scheduled or their best estimate of by when the remaining depositions will be completed;** Parties have yet to complete depositions. Plaintiff and Defendant's depositions are scheduled to take place on January 11, 2024.

2. **Whether they are prepared to participate in a productive settlement conference and if so, in what month it makes sense to schedule a settlement conference;** The Parties agree to settlement conference in or around February 2024.

3. **Whether they request that any settlement conference be held in person or via Zoom;** Due to Plaintiff's counsel being located in Lombard, Illinois, Plaintiff respectfully requests that this Court set a settlement conference via Zoom. Defendant requests an in-person settlement conference.

4. **Their joint proposal for any amendments to the remaining deadlines in this matter;** Parties respectfully request that this Court extend the Fact Discovery deadline through and including January 16, 2023**.**

1

5.      **the basis for any request that the expert disclosure or discovery deadlines be reset.**

The Parties do not anticipate any expert discovery.

Dated: December 8, 2023

| | |
|---|---|
| */s/ Marwan R. Daher* | */s/ Jan M. West* |
| Marwan R. Daher, Esq. | Jan M. West |
| Chad W. Eisenback, Esq. | Goldberg Simpson, LLC |
| Sulaiman Law Group, Ltd. | Norton Commons |
| 2500 S. Highland Avenue, Suite 200 | 9301 Dayflower Street |
| Lombard, IL 60148 | Prospect, KY 40059 |
| mdaher@sulaimanlaw.com | Jwest@goldbergsimpson.Com |
| ceisenback@sulaimanlaw.com | PH: (502) 589-4440 |
| Phone: 630-575-8181 | FAX: (502) 581-1344 |
| Fax: 630-575-8188 | *Counsel For Defendant* |
| *Counsel for Plaintiff* | |